PROST, Chief Judge, DYK and WALLACH, Circuit Judges,
concurring in the denial of the petition for rehearing en banc.
We agree with Judge Moore that clear and convincing evidence is the standard for patent invalidation; that the burden to establish indefiniteness rests with the accused infringer; that findings of fact by juries are entitled to deference; and that knowledge of someone skilled in the art may be pertinent to the indefiniteness question. In particular, we agree that if a skilled person would choose an established method of measurement, that may be sufficient to defeat a claim of indefiniteness, even if that method is not set forth in haec verba in the patent itself.
The opinion in this case does not depart from, and in fact directly applies, those principles.